# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

144762(54)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JOHNNY LEE WILLIAMS,
   Defendant-Appellant.

_____

SC: 144762
COA: 299484
Wayne CC: 09-031564-FC

   On order of the Chief Justice, the motion by defendant-appellant for extension to January 28, 2013 of the time for filing his brief is considered and it is granted.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2013

_____
Clerk